SLOAN'S ADMINISTRATOR, Appellant, *vs.* SLOAN & WILSON, Respondents.

1. Judgment reversed because there was no finding of the facts.

*Appeal from Jefferson Circuit Court.*

*M. Frissell,* for appellant.
*Whittelsey* and *Pipkin,* for respondents.

SCOTT, Judge. The trial of this cause having been submitted to the court, and no facts being found on which the judgment was based, the judgment will be reversed, and the cause remanded; the other judges concurring.